CONTE C. CICALA, State Bar No. 173554
*conte.cicala@clydeco.us*
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

JOHN P. MEADE
(pro hac vice application pending)
John.meade@us.kline.com
6009 Bethlehem Road
Preston, MD 21655
Tel: (410) 673-1012

Attorneys for Plaintiff and Counter-Defendant
KAWASAKI KISEN KAISHA LIMITED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KAWASAKI KISEN KAISHA LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BENICIA PORT TERMINAL COMPANY and AMPORTS, INC.,<br><br>Defendant.<br><br>BENICIA PORT TERMINAL COMPANY and AMPORTS, INC.,<br><br>Counter-claimant,<br><br>v.<br><br>KAWASAKI KISEN KAISHA LIMITED,<br><br>Counter-defendant,<br><br>BENICIA PORT TERMINAL COMPANY,<br><br>Third Party Plaintiff,<br><br>v.<br><br>VOLKSWAGEN KONZERNLOGISTIK GMBH & CO.,<br><br>THIRD Party Defendant. | Case No. 2:19-CV-00822-TLN-KJN<br>(The Hon. Troy L. Nunley)<br><br>**STIPULATION TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULE REGARDING DEFENDANTS BENICIA PORT TERMINAL COMPANY AND AMPORTS, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT OF KAWASAKI KISEN KAISHA LIMITED; AND ORDER**<br><br>(LOCAL RULES 144 & 230) |

4652420
Case No. 2:19-CV-00822-TLN-KJN
STIPULATION TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULE REGARDING
DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT OF
KAWASAKI KISEN KAISHA LIMITED
4850-3472-2466.1

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

Plaintiff KAWASAKI KISEN KAISHA LIMITED ("Plaintiff") and Defendants BENICIA PORT TERMINAL COMPANY and AMPORTS, INC. ("Defendants") hereby stipulate to the following:

1. WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint to be heard on September 19, 2019, at 2:00 p.m. Under the existing hearing schedule, Plaintiff's opposition is due September 5, 2019, and the reply is due September 12, 2019.

2. WHEREAS, the Parties respectfully request a continuance of the hearing date and enlargement of the briefing schedule to accommodate the schedules of counsel for Plaintiff, who have stated that the noticed date and resulting briefing schedule conflict with preexisting calendar commitments. Pursuant to Local Rule 230(f), this stipulation is made and submitted to this Court for approval more than seven days prior to the scheduled hearing date. The moving and responding parties have met and conferred and agreed upon the new dates set forth in this stipulation. The new hearing date of October 3, 2019 at 2 p.m. is an available date and time for civil law and motion as set forth on the Court's website.

3. WHEREAS, the Parties request that the hearing date and briefing schedule be modified as follows:

    **New hearing date**: October 3, 2019, at 2:00 p.m.

    **New opposition date:** September 16, 2019 (to be filed and served electronically by noon Pacific time)

    **New Reply Date:** September 26, 2019

4. This is the first continuance of any type requested in this action by any party.

Dated: August 27, 2019                    CLYDE & CO US LLP

By:   /s/ *Conte C. Cicala*
       Conte C. Cicala
       Attorneys for Plaintiff and Counter-Defendant
       KAWASAKI KISEN KAISHA LIMITED

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

Dated: August 27, 2019       NIXON PEABODY LLP

By: /s/ *Anthony J. Barron*
Anthony J. Barron
Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff BENICIA PORT TERMINAL COMPANY and Defendant AMPORTS, INC.

## **ORDER**

Having considered the parties Stipulation, and good cause appearing, this Court ORDERS that the hearing date and briefing schedule on the Defendants' Motion to Dismiss First Amended Complaint are continued as follows:

| | |
|---|---|
| New Hearing Date on Defendants' Motion to Dismiss First Amended Complaint | **October 3, 2019 at 2 p.m.** |
| New Opposition Date | **September 16, 2019, by noon Pacific time** |
| New Reply Date | **September 26, 2019** |

Dated: August 27, 2019

_____
Troy L. Nunley
United States District Judge